EDNA L. PECK, as Executrix, etc., of CHARLES W. PECK, Deceased, Respondent, v. HARRY G. PECK, Appellant.— Decision and interlocutory judgment entered on decision of the court unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of WILLIAM G. GEORGE, as Executor, etc., of EMMA T. WILKINSON, Also Known as EMMA TOWNSEND WILKINSON, Deceased. WILLIAM G. GEORGE, Individually, Appellant; AMERICAN NATIONAL RED CROSS, Respondent.— Motion denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

JACK LEVENTHAL, Respondent, v. H. HORTON & Co., Inc., Appellant.— Appeal from judgment in favor of plaintiff in an action for commissions as a salesman. The proof does not sustain the judgment. The judgment should be reversed on the facts and for errors in the charge. Judgment reversed on the law and facts and new trial granted, with costs to abide the event. Hill, P. J., Crapser, Heffernan and Foster, JJ., concur; Schenck, J., dissents.